COMMONWEALTH vs. ARTHUR RAINWATER. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH vs. JOSE RODRIGUEZ. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH vs. SOCRATES ROSARIO. Reported below as COMMONWEALTH vs. PEDRO ROSARIO (and a companion case): 39 Mass. App. Ct. 1119 (1995).

COMMONWEALTH vs. DENNIS S. ROY. Reported below: 39 Mass. App. Ct. 1118 (1995).

COMMONWEALTH vs. FRANK J. SARAGOZA. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH vs. WESTON J. STOW. Reported below: 39 Mass. App. Ct. 1114 (1995).

COMMONWEALTH vs. CHARLES L. TYLER. Reported below: 39 Mass. App. Ct. 1115 (1995).

COMMONWEALTH vs. MICHAEL VICK. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH vs. DONALD R. VILLELLA. Reported below: 39 Mass. App. Ct. 426 (1995).

COMMONWEALTH vs. DONALD B. WHITLOCK. Reported below: 39 Mass. App. Ct. 514 (1995).

MARY LOUISE DOW vs. JOSEPH SHEFFIELD DOW. Reported below: 39 Mass. App. Ct. 1117 (1995).

ELIZABETH FILIPOWICZ, administratrix, vs. LYDONIA CORPORATION & another. Reported below: 39 Mass. App. Ct. 1119 (1995).

JAMES HARDING vs. EVELYN DeANGELIS, administratrix. Reported below: 39 Mass. App. Ct. 455 (1995).

MICHEL MAGEE vs. THE INQUIRER AND MIRROR, INC., & another. Reported below: 39 Mass. App. Ct. 1118 (1995).

TODD MARTIN vs. EDWARD ROGERS & another. Reported below: 39 Mass. App. Ct. 1116 (1995).

VIJAI B. PANDEY vs. THE PAUL REVERE LIFE INSURANCE COMPANY & others. Reported below: 39 Mass. App. Ct. 1108 (1995). MME. JUSTICE ABRAMS did not participate.

RASHID PIGOTT vs. UNITED HOMES FOR CHILDREN & others. Reported below: 39 Mass. App. Ct. 1108 (1995).

MARK WILLIAMS & others, trustees, vs. GULF INSURANCE COMPANY. Reported below: 39 Mass. App. Ct. 432 (1995).

DOMENIC T. ZAGAMI vs. SHAWMUT BANK, N.A. Reported below: 39 Mass. App. Ct. 1120 (1995).


February 1, 1996

*Further appellate review granted:*

COMMONWEALTH vs. WALTER JOHNSON. Reported below: 39 Mass. App. Ct. 1116 (1995).

ANNIE K. STILL vs. COMMISSIONER OF THE DEPARTMENT OF EMPLOYMENT AND TRAINING. Reported below: 39 Mass. App. Ct. 502 (1995).

*Further appellate review denied:*

COMMONWEALTH vs. PETER N. BERMENT. Reported below: 39 Mass. App. Ct. 522 (1995).

COMMONWEALTH *vs.* DIANE L. BROOKS. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH *vs.* CARL McLAREN. Reported below: 39 Mass. App. Ct. 1112 (1995).

COMMONWEALTH *vs.* LEROY STEVENS. Reported below: 39 Mass. App. Ct. 1115 (1995).

MELO-TONE VENDING, INC. *vs.* SHERRY, INC., & others. Reported below: 39 Mass. App. Ct. 315 (1995). MR. JUSTICE LYNCH did not participate.

February 28, 1996

*Further appellate review denied:*

COMMONWEALTH *vs.* PAUL D. ALLEN. Reported below: 39 Mass. App. Ct. 1122 (1996).

COMMONWEALTH *vs.* GARY BOUTWELL. Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH *vs.* AFGDANE BRAHIMI. Reported below: 39 Mass. App. Ct. 1122 (1996).

COMMONWEALTH *vs.* JASON G. FURTADO. Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH *vs.* MARK M. HESLIN. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* HELEN JACKSON. Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH *vs.* ROBERT L. LONGO. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* PAUL MALGERI. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* STEVEN OLIVAREZ. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* MIGUEL PEREZ. Reported below: 39 Mass. App. Ct. 1119 (1995).

COMMONWEALTH *vs.* JAMES STAPLETON, JR. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* JOSE TAVARES. Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH *vs.* MICHAEL WALKER. Reported below: 39 Mass. App. Ct. 1120 (1995).

HENRY D. VARA, JR., & another *vs.* SECRETARY OF CONSUMER AFFAIRS AND BUSINESS REGULATION & others. Reported below: 39 Mass. App. Ct. 1120 (1995).

February 29, 1996

*Further appellate review granted:*

COMMONWEALTH *vs.* ELBERT CARTER, JR. Reported below: 39 Mass. App. Ct. 439 (1995).

COMMONWEALTH *vs.* ANTONIO PAVAO. Reported below: 39 Mass. App. Ct. 490 (1995).

LAURENT E. McDONALD *vs.* TOWN MANAGER OF SOUTHBRIDGE. Reported below: 39 Mass. App. Ct. 479 (1995).